# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 11, 2020

**MEMO ENDORSED**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Richard Liriano</u>,
19 Cr. 796 (LAK)

Dear Judge Kaplan:

I write to request a temporary modification of the terms of Mr. Liriano's bail conditions so that he may participate in the remote sentencing hearing. Due to the ongoing COVID-19 pandemic, Mr. Liriano's sentencing is scheduled to take place remotely utilizing videoconferencing technology. One of Mr. Liriano's bail conditions, which he has scrupulously complied with is that he not have access to any device with internet capabilities. I ask that this condition be temporarily modified on the date and time of the sentencing hearing so that he may participate in the remote proceeding.

The sentencing is currently scheduled for September 17, 2020 at 11:00am. As indicated in a previous letter motion filed on September 8, 2020, counsel is unavailable at that date and time and with the consent of the government, requests that the sentencing hearing be adjourned.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

**GRANTED to extent that condition modified for Oct. 1, 2020 only for sentencing that day.**

SO ORDERED

LEWIS A. KAPLAN, USDJ       9/29/2020

Cc:   AUSA Vladislav Vainberg