UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　　　　　　　19-cr-0796 (LAK)

RICHARD LIRIANO,

              Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

    The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

    SO ORDERED.

Dated:    October 1, 2020

                                                     Lewis A. Kaplan
                                              United States District Judge