UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

RICHARD LIRIANO

Defendant.

**Order of Restitution**

19 Cr. 0796

Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, Vladislav Vainberg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count 1 of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** RICHARD LIRIANO, the Defendant, shall pay restitution in the total amount of $351,850.25 to the victim(s) of the offenses charged in Count 1. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and

enforce this Order, without further order of this Court.

Dated: New York, New York

10/5/2020

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

RICHARD LIRIANO

           Defendant.

Schedule of Victims

19 Cr. 0796

| Name | Address | Amount of Restitution |
|---|---|---|
| Hospital for Special Surgery | Hospital for Special Surgery<br>Corporate Compliance Department<br>535 East 70th Street<br>New York, NY 10021 | $351,850.25 |
| **Total** | | $351,850.25 |