**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

January 4, 2021

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Richard Liriano,**
19 Cr. 796 (LAK)

Dear Judge Kaplan:

I write to request an adjournment of the date of surrender for Mr. Liriano. He was sentenced on October 1, 2020 to 30 months incarceration and ordered to surrender on January 4, 2021 to his designated Bureau of Prisons facility. As of today, neither Mr. Liriano, counsel, nor his pretrial officer have received any communication about which facility his has been designated to. I request that his surrender date be adjourned for several weeks so that he can receive his designation and report directly to that facility rather than enter one facility and then be transferred within the BOP.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

Cc: AUSA Vladislav Vainberg

Surrender date postponed to January 26, 2021

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/5/2021